## Conwell et al. v. Ichkowitz and Abelson; Abelson Appellant.

Argued October 25, 1921. Appeal, No. 106, Oct. T., .1921, by Abram Abelson, from decree of C. P. Centre Co., Sept. T., 1917, No. 117, in case of W. W. Conwell, M. D. Kelley, F. W. O'Neil, J. C. Zeigler and E. D. Thompson, Trustees for the benefit of creditors of the Latta and Terry Construction Company, a Corporation, v. Nathan Ichkowitz and Abram Abelson. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Modified.

OPINION BY LINN, J., November 21, 1921:

This appeal is governed by the decision of the appeal between the same parties, raising the same question, at No. 105, October Term, 1921, and the order appealed from is modified accordingly.